UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

JORDAN LEVI ELDER, SR.,

     Plaintiff,

v.

LINCOLN COUNTY REGIONAL JAIL,

     Defendant.

Civil Action No. 5: 22-CV-044-CHB

**JUDGMENT**

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Consistent with the Memorandum Opinion and Order entered this date, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby **ORDERED** and **ADJUDGED** as follows:

1.     Plaintiff Jordan Levi Elder, Sr.'s complaint **[R. 5]** is **DISMISSED**;

2.     This action is **DISMISSED** and **STRICKEN** from the Court's docket; and

3.     This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

This 10th day of August, 2022.

CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY